ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
APPLE COMPUTER, INC.'S SHORT
AND LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CLECAK, | Case No.: CV08-01987 WDB |
| Plaintiff, | **STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |
| v. | |
| APPLE COMPUTER, INC.'S SHORT AND LONG TERM DISABILITY PLAN, | **[Local Rule 6-1]** |
| Defendant. | Courtroom : 4<br>Honorable Wayne D. Brazil |
| | Filed : 4/16/2008 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Christine Clecak and defendant Apple Computer, Inc.'s Short and Long Term Disability Plan, through their attorneys of record, as follows:

1.   On or about May 5, 2008, defendant Apple Computer, Inc.'s Short and Long Term Disability Plan received a Notice of Lawsuit and Request For Waiver of Service of Summons regarding this action, along with a copy of the Summons and Complaint;

2.   Defendant Apple Computer, Inc.'s Short and Long Term Disability Plan has agreed to waive service of the Summons and Complaint in this action;

---

1
STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-01987 WDB
357904.1

1  3. The parties have agreed that defendant Apple Computer, Inc.'s Short and Long Term
2  Disability Plan's response to the Complaint shall be due on or before July 7, 2008; and
3  4. This stipulated date for defendant to respond to the Complaint will not alter the date
4  of any event or any deadline already fixed by Court order.

Date: June 18, 2008                      WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP


                                         By:   /s/ Charan M. Higbee
                                              ADRIENNE C. PUBLICOVER
                                              CHARAN M. HIGBEE
                                              Attorneys for Defendant
                                              APPLE COMPUTER, INC.'S SHORT AND
                                              LONG TERM DISABILITY PLAN


Date: June 18, 2008                      FRICKER & MELLEN & ASSOCIATES


                                         By:   /s/ Timothy J. Fricker
                                              TIMOTHY J. FRICKER
                                              JAMES G. MELLEN
                                              KAREN L. CREECH
                                              Attorneys for Plaintiff
                                              CHRISTINE CLECAK


                         **ORDER**

IT IS SO ORDERED.

Date: 6-19-08          By: /s/ Wayne D. Brazil
                           HONORABLE WAYNE D. BRAZIL
                           United States Magistrate Judge

---

2
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case #CV08-01987 WDB
357904.1

**CERTIFICATE OF SERVICE**
*Christine Clecak v. Apple Computer, Inc.'s Short and Long Term Disability Plan, et al.*
USDC NDCA Case #CV08-01987 WDB

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
Karen L. Creech, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:    (510) 663-8484
Fax:    (510) 663-0639

*Attorneys for Plaintiff*
*CHRISTINE CLECAK*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 18, 2008** at San Francisco, California.

_____
Nancy Li