1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  APPLE COMPUTER, INC.'S SHORT
   AND LONG TERM DISABILITY PLAN
7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | CHRISTINE CLECAK,              ) Case No.:    CV08-01987 WDB
                                    )
13 |         Plaintiff,              ) **DEFENDANT'S CERTIFICATION OF**
                                    ) **INTERESTED ENTITIES OR**
14 |    v.                           ) **PERSONS [Civil L.R. 3-16]**
                                    )
15 | APPLE COMPUTER, INC.'S SHORT AND ) Courtroom  :    4
     LONG TERM DISABILITY PLAN,      ) Honorable Wayne D. Brazil
16                                   )
             Defendant.              ) Filed      :    4/16/2008
17 |_____)

18

19         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations) or other

21  entities (i) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding:

24         Connecticut General Corporation, a Connecticut corporation, is the parent company of

25  Life Insurance Company of North America.  [Life Insurance Company of North America issued

26  the group insurance policy which provides disability insurance coverage to the subject ERISA

27  ──────────────────────────────────────────────────
                                    1
28     **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
   USDC NDCA Case #CV08-01987 WDB
   359029.1

1  plan in this action.]  Connecticut General Corporation is a wholly-owned subsidiary of CIGNA
2  Holdings, Inc.  CIGNA Holdings, Inc. is a wholly-owned subsidiary of CIGNA Corporation.

Date: July 7, 2008                                    WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN & DICKER LLP


                                            By:    /s/ Charan M. Higbee
                                                   ADRIENNE C. PUBLICOVER
                                                   CHARAN M. HIGBEE
                                                   Attorneys for Defendant
                                                   APPLE COMPUTER, INC.'S SHORT AND
                                                   LONG TERM DISABILITY PLAN

2
**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
USDC NDCA Case #CV08-01987 WDB
359029.1

# CERTIFICATE OF SERVICE
*Christine Clecak v. Apple Computer, Inc.'s Short and Long Term Disability Plan, et al.*
*USDC NDCA Case #CV08-01987 WDB*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
Karen L. Creech, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:   (510) 663-8484
Fax:   (510) 663-0639

*Attorneys for Plaintiff*
***CHRISTINE CLECAK***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **July 8, 2008** at San Francisco, California.

_____
Nancy Li

---

3
**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
USDC NDCA Case #CV08-01987 WDB
359029.1