UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  July 24, 2008                                    Start Time: 4:00 p.m.   End Time:  4:25  p.m.

DOCKET NO.           C 08-1987 WDB
TITLE OF CASE        *Clecak v. Apple Computer, Inc.'s Short and Long Term Disability Plan*

ATTORNEY(S)          Plaintiff:     James Mellen, Esq.

                     Defendant:   Charan M. Higbee, Esq.

TAPE NO., SIDE, REEL NO.:  FTR 7/24/2008, 4:00 p.m.

PROCEEDINGS

[X] INITIAL CASE MANAGEMENT CONFERENCE         [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE                 [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)                  [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE                   [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)          [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)             [] EVIDENTIARY HEARING
[] OTHER:

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

**NOTES**
Court conducted Initial Case Management Conference.  See separately filed order.