1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant
6  APPLE COMPUTER, INC.'S SHORT
   AND LONG TERM DISABILITY PLAN
7

8  TIMOTHY J. FRICKER (SBN 183309)
   JAMES G. MELLEN (SBN 122035)
9  KAREN L. CREECH (SBN 168023)
   FRICKER & MELLEN & ASSOCIATES
10 Tribune Tower
   409 13th Street, 17th Floor
11 Oakland, CA 94612
   Telephone:   (510) 663-8484
12 Facsimile:   (510) 663-0639

13 Attorneys for Plaintiff
   CHRISTINE CLECAK
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 CHRISTINE CLECAK,                ) Case No.:   CV08-01987 WDB
                                    )
19           Plaintiff,             ) **STIPULATION REGARDING**
                                    ) **STANDARD OF REVIEW**
20      v.                          )
                                    )
21 APPLE COMPUTER, INC.'S SHORT AND ) Courtroom    :    4
   LONG TERM DISABILITY PLAN,       ) Honorable Wayne D. Brazil
22                                  )
             Defendant.             ) Filed        :    4/16/2008
23 _____)

24      **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff

25 Christine Clecak ("plaintiff") and defendant Apple Computer, Inc.'s Short and Long Term

26 Disability Plan ("the Plan"), through their attorneys of record, as follows:

27
                                      1
28 **STIPULATION REGARDING STANDARD OF REVIEW**
   USDC NDCA Case #CV08-01987 WDB
   366950.1

1. The Plan confers discretion on the plan administrator to determine eligibility for benefits and to construe the terms of the Plan; and

2. The Court shall apply the abuse of discretion standard of review to the claim determination under the Plan and under the subject group policy of insurance (which is the subject of this lawsuit), and which determined that plaintiff was not entitled to disability benefits under the Plan beyond on or about July 21, 2007.

Date: July 31, 2008                                WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP


By: */s/ Charan M. Higbee*
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendant
APPLE COMPUTER, INC.'S SHORT AND
LONG TERM DISABILITY PLAN


Date: July 31, 2008                                FRICKER & MELLEN & ASSOCIATES


By: */s/ Timothy J. Fricker*
TIMOTHY J. FRICKER
JAMES G. MELLEN
KAREN L. CREECH
Attorneys for Plaintiff
CHRISTINE CLECAK

# CERTIFICATE OF SERVICE
*Christine Clecak v. Apple Computer, Inc.'s Short and Long Term Disability Plan, et al.*
*USDC NDCA Case #CV08-01987 WDB*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION REGARDING STANDARD OF REVIEW**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
Karen L. Creech, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

*Attorneys for Plaintiff*
*CHRISTINE CLECAK*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **July 31, 2008** at San Francisco, California.

_____
Nancy Li

3
**STIPULATION REGARDING STANDARD OF REVIEW**
USDC NDCA Case #CV08-01987 WDB
366950.1