# UNITED STATES DISTRICT COURT

### Northern District of California

| Clecak, | 08-01987 WDB MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Apple Computer, Inc's Short and Long Term Dis, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Charles S. Loughran**
Mediator, Arbitrator & Fact-Finder
6318 Bullard Dr.
Oakland, CA 94611
510-339-1970
chuckloughran@yahoo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: August 5, 2008

          RICHARD W. WIEKING
          Clerk
          by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01987 WDB MED                      - 2 -