Charles S. Loughran, Esq.                    (510) 339-1970
Arbitrator, Mediator & Fact-Finder           fax (510) 338-3870
6318 Bullard Dr.                             *chuckloughran@yahoo.com*
Oakland, CA 94611

August 15, 2008

Karen Lee Creech, Esq.,James Gerald Mellen, Esq.
& Timothy J. Fricker, Esq.
Fricker & Mellen & Associates
409 13th St., 17th floor
Oakland, CA 94612

Charan M. Higbee & Adrienne Clare Publicover, Esqs.
Wilson Elser Moskowitz et al
525 Market St., 17th floor
San Francisco, CA 94105-2722

Re:   Clecak v. Apple Computer, Inc.'s Short and Long Term Disability Program; C 08-01987 WDB MED

Dear Counsel:

      Pursuant to the NOTICE OF APPOINTMENT OF MEDIATOR filed on August 5, 2008, I have been appointed by the District Court for the Northern District of California to serve as the mediator in the above-referenced case.

      My conflicts check has revealed no actual or potential conflicts of interest under 28 U.S.C. § 455 (a) or (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality in this matter.

      Pursuant to ADR Local Rule 6-6, I will conduct a telephone conference with you (not including your clients) prior to scheduling the formal mediation session. I would expect that we would discuss the following subjects in that conference call:

- General discussion of the nature of the case and the issues presented
- What, if any, explorations of settlement have been undertaken thus far
- Procedures to be followed in carrying out the mediation process
- Date, location and anticipated length of the mediation session
- Parties who should attend the mediation session; attorneys who will attend
- Requirements for your mediation statements
- Pro bono time and possible fees

      I anticipate that the telephone conference will last approximately **30 minutes**. I am

currently available on the following dates and during the corresponding time frames for conducting the telephone conference:

> Tuesday August 26, 2008- 9:00 to 11:30 AM and 1:30 PM- 3:30 PM
> Wednesday August 27, 2008- 9:00 to 11:30 AM
> Tuesday September 16, 2008- 9:30 to 11:30 AM and 1:30 PM- 4:30 PM
> Friday September 19, 2008-  9:30 to 11:30 AM

**Please communicate with each other to select a day and a time period from those listed above for the telephone conference.  Please notify me of your selection no later than 5 PM on Thursday August 21, 2008.  You may notify me via telephone, e-mail or fax.  If none of these dates work for you, please notify me as soon as you determine that fact.**

In addition to preparing yourselves to discuss the points listed above, I suggest that prior to our telephone conference you review ADR Local Rules 6-1 through 6-13 pertaining to the court's mediation procedures.

I've included a biographical sketch of my background for your information.

I look forward to hearing from you and in working with you to achieve a mutually acceptable evaluation/settlement of this case.


> Sincerely,
>
>
> Charles S. Loughran
> Mediator