ADRIENNE C. PUBLICOVER  (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
APPLE COMPUTER, INC.'S SHORT
AND LONG TERM DISABILITY PLAN

TIMOTHY J. FRICKER  (SBN 183309)
JAMES G. MELLEN  (SBN 122035)
KAREN L. CREECH  (SBN 168023)
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA  94612
Telephone:    (510) 663-8484
Facsimile:    (510) 663-0639

Attorneys for Plaintiff
CHRISTINE CLECAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CLECAK,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE COMPUTER, INC.'S SHORT AND LONG TERM DISABILITY PLAN,<br><br>        Defendant. | Case No.:    CV08-01987 WDB<br><br>**STIPULATION TO CONTINUE DATE TO COMPLETE MEDIATION AND TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; AND ORDER THEREON**<br><br>Courtroom    :    4<br>Honorable Wayne D. Brazil<br><br>Filed    :    4/16/2008 |

1    IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff

2    Christine Clecak and defendant Apple Computer, Inc.'s Short and Long Term Disability Plan,

3    acting through their attorneys of record, as follows:

4    1.    That the parties have stipulated to mediation pursuant to ADR L.R. 6;

5    2.    That the parties previously stipulated to complete the mediation before on or

6    about October 7, 2008;

7    3.    That a Further Case Management Conference has been set for October 29, 2008

8    at 1:30 p.m. in this action;

9    4.    That the parties and the court appointed mediator were unable to agree to a date

10   for mediation prior to October 7, 2008;

11   5.    That a mediation date of November 20, 2008 has been agreed to by the parties

12   and the mediator;

13   6.    That the date to complete mediation be continued to November 21, 2008; and

14   7.    That the Further Case Management Conference be continued to a date after

15   November 20, 2008.

16

17   Date:October 3, 2008                    WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP
18

19                                    By:___/s/ Charan M. Higbee_____
                                          ADRIENNE C. PUBLICOVER
20                                        CHARAN M. HIGBEE
                                          Attorneys for Defendant
21                                        APPLE COMPUTER, INC.'S SHORT
                                          AND LONG TERM DISABILITY PLAN
22

23   Date: October 2, 2008                   FRICKER & MELLEN & ASSOCIATES

24

25                                    By:___/s/ Karen L. Creech_____
                                          TIMOTHY J. FRICKER
                                          JAMES G. MELLEN
26                                        KAREN L. CREECH
                                          Attorneys for Plaintiff
27                                        CHRISTINE CLECAK

28
                                          1
**STIPULATION TO CONTINUE DATE TO COMPLETE MEDIATION AND TO CONTINUE FURTHER
CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV08-01987 WDB
384275.1

1

## ORDER

2        Pursuant to the stipulation of the parties and good cause appearing therefore, it hereby is

3  ordered as follows:

4        1.     The Court sponsored mediation, pursuant to ADR L.R. 6, shall be completed by

5  November 21, 2008; and

6        2.     The Further Case Management Conference in this matter, currently scheduled for

7  October 29, 2008 at 1:30 p.m., is continued to December 4, 2008, at 4:00 p.m.

8        **IT IS SO ORDERED.**

9

10  Date:   October 6, 2008              By:_____

11                                     HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE DATE TO COMPLETE MEDIATION AND TO CONTINUE FURTHER
CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV08-01987 WDB
384275.1

**CERTIFICATE OF SERVICE**
*Christine Clecak v. Apple Computer, Inc.'s Short and Long Term Disability Plan, et al.*
*USDC NDCA Case #CV08-01987 WDB*

I am a citizen of the United States.  I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION TO CONTINUE DATE TO COMPLETE MEDIATION AND TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_: **Facsimile** – (Only where permitted.  Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e).  Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Timothy J. Fricker, Esq.<br>James G. Mellen, Esq.<br>Karen L. Creech, Esq.<br>FRICKER & MELLEN & ASSOCIATES<br>Tribune Tower<br>409 13th Street, 17th Floor<br>Oakland, CA  94612<br>Tel:   (510) 663-8484<br>Fax:   (510) 663-0639<br><br>***Attorneys for Plaintiff***<br>***CHRISTINE CLECAK*** | Charles S. Loughran, Esq.<br>Arbitrator, Mediator & Fact-Finder<br>6318 Bullard Drive<br>Oakland, CA  94611<br>Tel:   (510) 339-1970<br>Fax:   (510) 338-3870<br><br>***Court Appointed Mediator*** |

United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Tel:    (415) 522-2199
Fax:    (415) 522-4112

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 8, 2008** at San Francisco, California.

_____
Nancy Li

STIPULATION TO CONTINUE DATE TO COMPLETE MEDIATION AND TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON
USDC NDCA Case #CV08-01987 WDB
384275.1