1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  APPLE COMPUTER, INC.'S SHORT
   AND LONG TERM DISABILITY PLAN
7

8  TIMOTHY J. FRICKER  (SBN 183309)
   JAMES G. MELLEN  (SBN 122035)
9  KAREN L. CREECH  (SBN 168023)
   FRICKER & MELLEN & ASSOCIATES
10 Tribune Tower
   409 13th Street, 17th Floor
11 Oakland, CA  94612
   Telephone:    (510) 663-8484
12 Facsimile:    (510) 663-0639

13 Attorneys for Plaintiff
   CHRISTINE CLECAK
14

15

16                 UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 CHRISTINE CLECAK,                    ) Case No.:    CV08-01987 WDB
                                        )
20            Plaintiff,                ) **STIPULATION OF DISMISSAL**
                                        ) **WITH PREJUDICE AND**
21      v.                              ) **[PROPOSED] ORDER THEREON**
                                        )
22 APPLE COMPUTER, INC.'S SHORT AND     ) Courtroom    :       4
   LONG TERM DISABILITY PLAN,           ) Honorable Wayne D. Brazil
23                                      )
              Defendant.                ) Filed        :    4/16/2008
24 _____  )

25

26

27

28
   _____
   **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
   USDC NDCA Case #CV08-01987 WDB
   404046.1

1      **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff

2  Christine Clecak and defendant Apple Computer, Inc.'s Short and Long Term Disability Plan,

3  acting through their attorneys of record, that the above-entitled action, and all claims for relief

4  therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with

5  each party to bear its own costs and attorneys' fees.

6

7  Date: January 8, 2009                   WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP

8

9

10                                By:___*/s/ Charan M. Higbee*_____
                                    ADRIENNE C. PUBLICOVER
                                    CHARAN M. HIGBEE

11                                      Attorneys for Defendant
                                    APPLE COMPUTER, INC.'S SHORT

12                                      AND LONG TERM DISABILITY PLAN

13

    Date: January 8, 2009                   FRICKER & MELLEN & ASSOCIATES

14

15

16                                By:___*/s/ Timothy J. Fricker*_____
                                    TIMOTHY J. FRICKER
                                    JAMES G. MELLEN

17                                      KAREN L. CREECH
                                    Attorneys for Plaintiff

18                                      CHRISTINE CLECAK

19

                                **ORDER**

20

21      The parties having stipulated that the above-entitled action, and all claims for relief

    therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with

22

    each party to bear its own costs and attorneys' fees.

23

24      **IT IS SO ORDERED.**

25

26      Date: __1/9/09__                By:_____

27                                  HONORABLE WAYNE D. BRAZIL
                                  UNITED STATES MAGISTRATE JUDGE

28

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV08-01987 WDB
404046.1